# 910    CASES REPORTED WITH BRIEF SYLLABI.

Charles F. H. Johnson, Appellant, v. Lewis M. Isaacs and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank, Respondent, v. Rowland & Shafto, Incorporated, and Charles F. H. Johnson, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank B. Willard, a Stockholder of Defendant General Reduction Company, Suing on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of Defendant General Reduction Company, Respondent, v. General Reduction Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Estate of Daniel Cunningham, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Stephen Colletti Company, Respondent, v. William A. L'Hommedieu and Louis Greenberg, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Julius V. Grunbaum, Respondent, v. Sidney J. Baumann, Appellant, Impleaded with Samuel C. Nessler.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Martin, Appellant, v. William H. Wheeler, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick J. McNulty, Appellant, v. Press Publishing Company, Respondent. (No. 1.) — Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissenting.

John M. Gardner and Others, Respondents, v. Ann Kelly, as Administratrix, etc., Respondent, Impleaded with John Q. Adams, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Josephine Doyle Bell, Appellant, v. Press Publishing Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

H. Dudley Warner, Appellant, v. Ostrander & Company, Incorporated, and Frank Ostrander, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.